**Motion GRANTED AND Order filed November 2, 2018.**



In The

# Fourteenth Court of Appeals

———————————

## NO. 14-18-00892-CV

———————————

## IN RE FEDD WIRELESS LLC., FEDD HOLDINGS LLC., WILLIAM C. DALEY TRUST, ET AL., Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-54156**

---

## ORDER

On November 2, 2018, real parties-in-interest Flowserve US, Inc. and Flowserve Corporation (collectively, "Flowserve") filed a motion for leave to file an unredacted copy of their response to the petition for writ of mandamus for *in camera* review.

We grant the motion. We **ORDER** that Flowserve is granted leave to file by November 5, 2018, its unredacted response for *in camera* review by delivering a copy to the court on a flash drive or CD that complies with Rule of Appellate Procedure 9.4(j). These materials will not will not be posted on the court's website and will not be publicly available.

PER CURIAM

Panel consists of Justices Donovan, Wise, and Jewell.